IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES WATSON
ADC #154059 PLAINTIFF

v. No. 3:15-cv-19-DPM

OSCEOLA POLICE DEPARTMENT;
MISSISSIPPI COUNTY SHERIFF'S
DEPARTMENT; and ARKANSAS
PAROLE BOARD DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 February 2015